THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

WESTERN DISTRICT OF WASHINGTON

10

AT SEATTLE

11

12 UNITED SPECIALTY INSURANCE
COMPANY,

13              Plaintiff,

14                 v.

ONEBEACON INSURANCE GROUP,

15              Defendant.

16

17

Case No. 2:18-cv-01846-JLR

**STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING
TIME FOR INITIAL DISCLOSURES
AND JOINT STATUS REPORT**

*Noted On Motion Calendar:
January 29, 2019*

18                             **STIPULATION**

19       Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff United Specialty Insurance Company

20 ("Plaintiff") and Defendant Homeland Insurance Company of New York (erroneously sued as

21 OneBeacon Insurance Group) ("Defendant") moves this Court for an Order extending the time for

22 Initial Disclosures pursuant to FRCP 26(a)(1) and Combined Joint Status Report and Discovery

23 Plan as Required by FRCP 26(f) and Local Civil Rule 26(f). The parties respectfully submit that

24 good cause exists, as explained below.

25       This matter involves a coverage dispute between two insurance carriers. The parties have

26 agreed to exchange and review relevant documents before determining what, if any, depositions

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland OR 97201
T: 503.229.1819  F: 503.229.0630

1    need to take place, prior to scheduling an early mediation. The parties need additional time to

2    accomplish this task.

3        Accordingly, Plaintiff and Defendant hereby stipulate and agree that both parties may have

4    until Monday, March 11, 2019 for their Initial Disclosure pursuant to FRCP 26(a)(1) and until

5    Monday, March 18, 2019 to file the Combined Joint Status Report and Discovery Plan as Required

6    by FRCP 26(f) and Local Civil Rule 26(f).

7
        DATED this 29th day of January, 2019.
8

9    RIZZO MATTINGLY BOSWORTH PC           DAVIS WRIGHT TREMAINE LLP
     Attorneys for Plaintiff               Attorneys for Defendant
10

11
     By /s/Claude Bosworth                 By /s/Nancy A. Brownstein
12   Claude Bosworth, WSBA #42568          Nancy A. Brownstein, WSBA #50150

13

14

15

16

17

18

19

20

21

22

23

24

25

26

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland OR 97201
T: 503.229.1819  F: 503.229.0630

**ORDER**

1

2        Pursuant to the Stipulated Motion Extending the Time for Initial Disclosures and Joint

3   Status Report, now therefore,

4   IT IS HEREBY ORDERED THAT:

5        1.      The deadline for Initial Disclosures Pursuant to FRCP 26(a)(1) is continued to

6
    March 11, 2019.
7

8        2.      The deadline for Combined Joint Status Report and Discovery Plan as Required

9   by FRCP 26(f) and Local Civil Rule 26(f) is continued to March 18, 2019.

10       DATED this 30ᵗʰ day of January 2019.

11

12

13                                              James L. Robart
                                                United States District Judge
14

15

16

17

18
    Presented by:
19

20  RIZZO MATTINGLY BOSWORTH PC

21  By: s/Claude Bosworth
        Claude Bosworth, WSB #42568
22      cbosworth@rizzopc.com
        1300 SW 6ᵗʰ Ave., Suite 330
23      Portland, OR 97201
        Phone: 503-229-1819
24      Fax: 503-229-0630
        Attorney for Plaintiff
25

26

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819  F: 503.229.0630

1

2

3

4                         UNITED STATES DISTRICT COURT

5                        WESTERN DISTRICT OF WASHINGTON

6                                    AT SEATTLE

7   UNITED SPECIALTY INSURANCE
    COMPANY,
8                                              Case No. 2:18-cv-01846
              Plaintiff,
9                 v.
                                               **DECLARATION OF DELIVERY**
10  ONEBEACON INSURANCE GROUP,                 **AND/OR MAILING**
              Defendant.
11
            I am employed by the law firm of Rizzo Mattingly Bosworth PC in Portland, Oregon.  I
12  am over the age of eighteen years and not a party to the subject cause.  My business address is
    1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.
13

14          On the date below, I caused to be served on all parties in this action by transmitting a true
    copy thereof **STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME**
15  **FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT** in the following manner
    unless otherwise indicated.
16

17  **VIA ECF**

18  Nancy A. Brownstein, WSBA #50150
    DAVIS WRIGHT TREMAINE LLP
    920 Fifth Avenue, Suite 3300
19  Seattle, WA 98104
    F: 206-757-7700
20  nancybrownstein@dwt.com
    *Attorneys for Defendant*
21

22          I declare under penalty of perjury and under the laws of the State of Washington (RCW
    9A.72.085) that the foregoing is true and correct.
23
            Executed at Portland, Oregon, this 29th day of January, 2019.
24
                                            *s/Cody Manley*
25                                          Cody Manley
                                            Paralegal
26

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland OR 97201
T: 503.229.1819  F: 503.229.0630