The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>    v.<br><br>ONEBEACON INSURANCE GROUP,<br><br>                Defendant. | No. 2:18-cv-01846<br><br>ORDER GRANTING HOMELAND'S UNOPPOSED MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT<br><br>NOTE ON MOTION CALENDAR: September 11, 2020 |
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>                Third-Party Plaintiff,<br><br>    v.<br><br>BUSH, ROED & HITCHINGS, INC.<br><br>                Third-party Defendant. | |

    This matter comes before the Court on the Motion of defendant Homeland Insurance Company of New York (appearing on behalf of erroneously named defendant OneBeacon Insurance Group) ("Homeland") for an Order granting leave to file and serve a Third-Party Complaint against Bush, Roed & Hitchings, Inc.

    Having reviewed the motion and supporting papers, proposed Third-Party Complaint and finding the Motion to be meritorious, it is hereby ordered as follows:

ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD-
PARTY COMPLAINT (18-01846) - 1
4847-2908-6410v.1 0111446-000003

1. Homeland's Motion for leave to file and serve a Third-Party Complaint against Bush, Roed & Hitchings, Inc. is GRANTED.

DATED this 21st day of September, 2020.

_____
The Honorable James L. Robart
United States District Court Judge

Presented by:
**Davis Wright Tremaine, LLP**
Attorneys for Homeland Insurance Company
of New York

By:/s/Nancy A. Brownstein
    Nancy A. Brownstein, WSBA #50150
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    Main: 206.622.3150
    Fax: 206.757-7700
    Email: nancybrownstein@dwt.com

    Everett W. Jack, Jr., WSBA #47076
    1300 S.W. Fifth Avenue, Suite 2400
    Portland, OR 97201
    Main: 503.241.2300
    Fax: 503.778.5299
    Email: everettjack@dwt.com