THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ONEBEACON INSURANCE GROUP,<br><br>    Defendant. | Case No. 2:18-cv-01846-JLR<br><br>**STIPULATED MOTION AND ORDER SUBSTITUTING DEFENDANT ONEBEACON INSURANCE GROUP WTIH HOMELAND INSURANCE COMPANY OF NEW YORK**<br><br>*Noted on Motion Calendar: November 23, 2020* |

### STIPULATION

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff United Specialty Insurance Company ("Plaintiff") and Defendant Homeland Insurance Company of New York (erroneously sued as OneBeacon Insurance Group) ("Defendant") move this Court for an Order substituting Defendant OneBeacon Insurance Group with Homeland Insurance Company of New York. The parties respectfully submit that good cause exists, as explained below.

///

1 - STIPULATED MOTION AND ORDER SUBSTITUTING DEFENDANT ONEBEACON INSURANCE GROUP WITH HOMELAND INSURANCE COMPANY OF NEW YORK

On November 20, 2018, Plaintiff United Specialty Insurance Company filed a Complaint in the Superior Court of the State of Washington for King County naming OneBeacon Insurance Group as a defendant. In Defendant's Notice of Removal, Defendant indicates that OneBeacon Insurance Group is a holding company and does not issue insurance policies. The insurance policy issued to McBride Construction Resources, Inc., Policy No. 793-00-23-79-0002, which is at issue in the action, was issued by Homeland Insurance Company of New York. (Dkt. # 1 at pg. 2).

Accordingly, Plaintiff and Defendant hereby stipulate and agree Defendant OneBeacon Insurance Group be substituted with Homeland Insurance Company of New York.

DATED this 23rd day of November, 2020.

| | |
|---|---|
| RIZZO MATTINGLY BOSWORTH PC<br>Attorneys for Plaintiff | DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Defendant |
| By */s/Claude Bosworth*<br>    Claude Bosworth, WSBA #42568 | By */s/Nancy Brownstein*<br>    Nancy A. Brownstein, WSBA #50150 |

**ORDER**

Pursuant to the Stipulated Motion Substituting Defendant OneBeacon Insurance Group with Homeland Insurance Company of New York, now therefore,

IT IS HEREBY ORDERED THAT Defendant OneBeacon Insurance Group is substituted with Homeland Insurance Company of New York. The court DIRECTS the Clerk to amend the pleading caption in this case accordingly.

DATED this 24th day of November 2020.

_____
JAMES L. ROBART
United States District Judge

Presented by:

RIZZO MATTINGLY BOSWORTH PC

By: *s/Claude Bosworth*
Claude Bosworth, WSB #42568
cbosworth@rizzopc.com
1300 SW 6th Ave., Suite 330
Portland, OR 97201
Phone: 503-229-1819
Fax: 503-229-0630
Attorney for Plaintiff