UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>  v.<br><br>HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>  Defendant/Third-Party Plaintiff,<br><br>  v.<br><br>BUSH ROED & HITCHINGS, INC.,<br><br>        Third-Party Defendant. | CASE NO. C18-1846JLR<br><br>ORDER OF DISMISSAL |

The court having been notified of the settlement of this matter (Not. (Dkt. # 51)) and it appearing that no issue remains for the court's determination:

IT IS ORDERED that all claims in this action asserted as between Plaintiff United Specialty Insurance Company and Defendant/Third-Party Plaintiff Homeland Insurance

ORDER - 1

Company of New York ("Homeland") are DISMISSED with prejudice and without costs to any party. The pending motions in limine (Dkt. # 47) is DENIED as moot. All claims between Homeland and Third-Party Defendant Bush Roed & Hitchings, Inc., remain pending.

    In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within **60** days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

    Dated this 16th day of December, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2