UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>　　　　Third-Party Plaintiff,<br>　　v.<br><br>BUSH, ROED & HITCHINGS, INC.,<br><br>　　　　Third-Party Defendant. | CASE NO. C18-1846JLR<br><br>ORDER OF DISMISSAL |

The court having been notified of the settlement of this matter and it appearing that no issue remains for the court's determination:

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party. The pending motion to dismiss (Dkt. # 32) is DENIED as moot.

ORDER - 1

1   In the event settlement is not perfected, any party may move to reopen the case,
2   provided such motion is filed within **60** days of the date of this order. Any trial date and
3   pretrial dates previously set are hereby VACATED.
4   Dated this 21st day of December, 2020.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge

ORDER - 2